# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTIAN RODRIGUEZ, | ) | 3:20-cv-00166-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | April 27, 2020 |
| C. CROW, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KAREN WALKER</u>    REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Time Extension (ECF No. 5). Plaintiff requests an additional thirty (30) days in which to comply with the court's order of March 26, 2020 (ECF No. 3).

Plaintiff's Motion for Time Extension (ECF No. 5) is **GRANTED**. Plaintiff shall have to and including **Friday, June 5, 2020**, in which to comply with the court's order (ECF No. 3).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
        Deputy Clerk