## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTIAN RODRIGUEZ, | ) | 3:20-cv-00166-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | June 2, 2020 |
| C. CROW, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for 30 Day Time Extension (ECF No. 9). Plaintiff requests an additional thirty (30) days in which to comply with the court's order of March 26, 2020 (ECF No. 3).

Plaintiff's Motion for 30 Day Time Extension (ECF No. 9) is **GRANTED**. Plaintiff shall have to and including **Monday, July 6, 2020**, in which to comply with the court's order (ECF No. 3).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
    Deputy Clerk